# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

140623

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MIKE ASTEPHAN JAMIL,
     Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140623
COA: 294257
Wayne CC: 96-007538-FC

     On order of the Court, the application for leave to appeal the December 29, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010                 _____
0719                                   Clerk